AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name. First name. Middle initial) Parker, Barrington D | 2. Court or Organization USCA - Second Circuit | 3. Date of Report 5/4/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Active | 5. ReportType (check appropriate type) ○ Nomination Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 281 Tresser Boulevard Stamford, CT 06901 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto. it is, in my opinion. in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)
☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | The Yale Corporation |
| 2. | Trustee | The Governance Institute |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)
☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 MAY 10 A 10: 15 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | - Self-Employed - Bookstore    0.00 |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Stanford Law School | Feb. 9 - 11 — Commeration of Brown v. Bd. Of Education at Stanford Law School (Transportation, Meals and Lodging) |
| 2. | George Mason University | May 25 -27 Seminar - Colloquium on Tocquevilles Democracy in America, La Jolla, CA- (Transportation, Meals and Lodging) |
| 3. | Boston Bar Association | Apr. 28 - Boston Bar Association Law Day Address (Transportation and Lodging) |
| 4. | Yale Corporation | At the Yale Corporation meetings, food and lodging are provided by the University. There is no form of monetary reimbursement. |
| 5. | Yale Corporation (continued) | Dates attended: 2/5; 4/16; 6/4; 10/7,8; 12/10. |
| 6. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Barrington D | 5/4/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Asset (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Brokerage A/C#1 | | | | | | | | | |
| 2. Industrial Bank of Washington | | None | J | T | | | | | |
| 3. On Line Resources | | None | | | Sold | 4/06 | J | A | |
| 4. Brokerage A/C #2 (IRA) | | | | | | | | | |
| 5. Firsthand FDS Technology Leaders FD | | None | | | Sold | 4/06 | J | A | |
| 6. Firsthand FDS E-Commerce FD | | None | | | Sold | 4/06 | J | A | |
| 7. Firsthand FDS Technology Value Fund | | None | | | Sold | 4/06 | J | A | |
| 8. Firsthand FDS Communications FD | | None | | | Sold | 4/06 | J | A | |
| 9. Brokerage A/C #3 (IRA) | | | | | | | | | |
| 10. Farrallon Capital Offshore Investors Inc. (Mutual Fund) | E | Dividend | O | T | | | | | |
| 11. Other Assets | | | | | | | | | |
| 12. Black Books Galore | | None | K | W | | | | | |

1. Income/Gain Codes:          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000       G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:                J = $15,000 or less        K = $15,001-$50,000         L = $50,001-$100,000         M = $100,001-$250,000
   (See Columns C1 and D3)     N = $25,000-$100,000       ● = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
                               P3 = $25,000,001-$50,000,000                           P4 = More than $50,000,000
. Value Method Codes           Q = Appraisal              R = Cost (Real Estate Only)  S = Assessment              T = Cash Market
   (See Column C2)             U = Book Value             V = Other                    W = Estimated

VIII  ADDITIONAL INFORMATION OR EXPLANATIONS       (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____     Date ___ May 4, 2005 ___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544